# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES DEAN,

    Plaintiff,

vs.

DOUG GILLESPIE

    Defendants.

Case No. 2:11-CV-01226-JCM-(CWH)

**ORDER**

    The copy of the court's order of October 4, 2011 (#5) was returned in the mail with the notation that plaintiff is no longer in custody at the Clark County Detention Center.  Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address.  The clerk of the court shall enter judgment accordingly.

    DATED: October 14, 2011.

_____
JAMES C. MAHAN
United States District Judge